# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | Honorable Michael A. Hammer |
| | : | |
| JOSE ORTEGA-GUERRA, and | : | Mag. No. 20- 10415 -MAH |
| WIGBERTO CORREA | : | |

I, Task Force Officer Anthony Berke, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Task Force Officer with the United States Drug Enforcement Administration, and that this criminal complaint is based on the following facts:

SEE ATTACHMENT B

Continued on the attached page and made a part hereof.

krt/s/Anthony Berke
Task Force Officer Anthony Berke
DEA

TFO Berke attested to this Complaint
by telephone pursuant to FRCP 4.1(b)(2)(A),
on December 1, 2020 in the District of New Jersey

THE HONORABLE MICHAEL A. HAMMER,          krt/s/Michael A. Hammer
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

## ATTACHMENT A

### Count One
**(Conspiracy to Distribute Heroin)**

On or about the week of December 1, 2020, in Middlesex County, in the District of New Jersey and elsewhere, the defendants,

JOSE ORTEGA-GUERRA, and
WIGBERTO CORREA,

did knowingly and intentionally agree with each other and others to possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

In violation of Title 21, United States Code, Sections 846.

## ATTACHMENT B

I, Anthony Berke, am a Task Force Officer with the United States Drug Enforcement Administration ("DEA"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers and witnesses, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement has been investigating Jose Ortega-Guerra ("Ortega"), Wigberto Correa ("Correa"), and their drug trafficking organization for illegal distribution of controlled substances in Passaic County, Middlesex County, New Jersey, and elsewhere. During the course of this investigation, law enforcement has lawfully obtained communications involving Ortega's drug trafficking activity, used confidential sources, conducted extensive surveillance, and seized controlled substances and instrumentalities used in the manufacture of controlled substances.

2. On or about December 1, 2020, law enforcement conducted surveillance at Ortega's Paterson Residence (the "Paterson Residence"). During the course of this surveillance, law enforcement observed Correa arrive at the Paterson Residence in a burgundy Cadillac Sedan (the "Cadillac"). A short time thereafter, law enforcement observed Correa leave the Paterson Residence with Ortega in the Cadillac Sedan. As a result, law enforcement conducted mobile surveillance of Ortega and Correa into the area of Newark, New Jersey. Based on the investigation to date, law enforcement knew that Ortega and Correa would be receiving a large quantity of narcotic-pills consisting of heroin and fentanyl that evening.

3. Thereafter, after Correa committed a traffic violation while driving the Cadillac, law enforcement conducted a motor vehicle stop of the Cadillac. Upon law enforcement's approach of the car, law enforcement observed Correa in the driver's seat and Ortega in the front-passenger seat. After Correa exited the Cadillac, law enforcement observed an open paper bag containing a large clear plastic bag. Within this large clear plastic bag, law enforcement observed numerous smaller clear plastic bags containing a large quantity of suspected narcotic-pills. As a result, law enforcement placed Correa and Ortega under arrest.

4. Subsequent field testing of the pills recovered by law enforcement yielded a presence of a quantity of fentanyl.